IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRIAN SHAUGHNESSY, | ) | CIVIL NO. 09-00090 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRY'S AUTUMN MOON LOUNGE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

_____

ORDER ADOPTING MAGISTRATE'S FINDINGS & RECOMMENDATION (DOC. 12) TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT (DOC. 8)

Findings and Recommendation having been filed and served on all parties on September 4, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION; ORDER," (Doc. 12), are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 30, 2009, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge